Enter
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWAN GALARZE,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>MARTIN BITER, Warden,<br><br>　　　　Respondent. | Case No.  CV 12-10067-ABC (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the operative First Amended Petition is denied and this action is dismissed with prejudice.

DATED: October 7, 2013

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE